2

FILED '21 08 02 PM12:07 MDGA-ALB

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Albany ~~Valdosta~~ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Brandon O'neal King - 2847

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Baxley Sheriff Department
Appling county Detention Center

Superior court of Appling county

(NAME OF EACH DEFENDANT)

Defendant(s)

Appling county Healthcare

CIVIL ACTION NO:

1:21-cv-138

## I. GENERAL INFORMATION

1. Your full name and prison number Brandon O'neal King - 2847
2. Name and location of prison where you are now confined Appling County Detention Center 56 Barnes Street Baxley Ga 31513
3. Sentence you are now serving (how long?) Held without bond (Not Sentenced)
   (a) What were you convicted of? Criminal Trespass, possession and use of drug related objects, Burglary, Aggravated assault, Trafficking, agg. Battery, agg. Stalking
   (b) Name and location of court which imposed sentence Appling County court House, Superior court for Appling county 38 South main St. Baxley Ga 31513
   (c) When was sentence imposed? (Not Sentenced) Held without Bond
   (d) Did you appeal your sentence and/or conviction? Yes ☐ No ☑
   (e) What was the result of your appeal? Held without Bond (Not Sentenced)

(f) Approximate date your sentence will be completed (Held without Bond)

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

**4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?**

Yes ☐ No ☑

**5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:**

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit INVOLVING SAME FACTS:

Plaintiff(s): ______

Defendant(s): ______

(b) Name of Court: ______

(c) Docket Number: ______ When did you file this lawsuit? ______

(d) Name of judge assigned to case: ______

(e) Is this case still pending? Yes ☐ No ☐

(f) If your answer to (e) is "No", when was it disposed of and what were the results?

(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

______

**6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?** Yes ☐ No ☑

**7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:**

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit:

Plaintiff(s): ______

Defendant(s): ______

(b) Name of Court: ______

(c) Docket Number: ______ When did you file this lawsuit? ______

(d) Name of judge assigned to case: ______

(e) Is this case still pending? Yes ☐ No ☐

(f) If your answer to (e) is "No", when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

______________________________

______________________________

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ☐ No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

______________ ______________

______________ ______________

______________ ______________

______________ ______________

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Appling County Baxley Ga., Appling County Detention Center

(a) Does this institution have a grievance procedure? Yes ☑ No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?

Yes ☑ No ☐

(2) If Yes, what was the result? I Never heard back from numerous of grievance. Its been officers try and Brive me into getting rid of the grievance an I tell them NO I have filed already (still no response)

(3) If No, explain why not: ______________________________

______________________________

______________________________

______________________________

______________________________

5

**(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.**

Captain Bell LT Barwick, Sheriff Mark melton and Ive talk to them Since Ive been incarcerated which is 6/9/21 Wrote the Sheriff Several request Never heard back from him

**(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?** Yes ☐ No ☑

**(1) If Yes, to whom did you appeal and what was the result?**

**(2) If No, explain why you did not appeal:** I write them they Go direct to Captain Adam Bell I never get a response to appeal any farther cause its only one procedure

**10. In what other institutions have been confined? Give dates of entry and exit.**

Coastal State prison - Wheeler C.I. - 2009 - June 25, 2010 / Jackson State prison - Hall county camp 2011 - Jan. 2013 / Jackson State prison - Wheeler C.I. - Telfair State prison - Smith State prison Jan. 5 2015 - 12-19-2017

## IV. PARTIES TO THIS LAWSUIT

**11. List your CURRENT place of incarceration/mailing address.**

Appling county Detention Center
566 Barnes Street
Suite C.
Baxley Ga 31513

**12. List the full name, the official position, and the place of employment of each defendant in this lawsuit.** (ATTACH ADDITIONAL PAGES IF NECESSARY)

Appling County Sheriff's Department / Baxley Police Department / Appling county Detention center / Superior court of Appling county / Brunswick Judicial Circuit / Jackie L Johnson - ex - District Attorney / Marsha Thomas Clerk of Superior court / Appling county Health Care

6

## V. STATEMENT OF CLAIM

**13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.**

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.**

**WHERE did the incident you are complaining about occur? That is, at what institution or institutions?** Appling County Detention center / Baxley Police / Sheriff Dept.

**WHEN do you allege this incident took place?** December 15, 2020

**WHAT happened?** I was Discharged from the Memorial Health hospital in Savannah and I came to the Sheriff / police Department to get my Truck. I left and came back on 2 different accasions. Investigator S. Bayer Badge No. 205 and Officer/Investigator Mccollough released my incident Report and I came back for my truck upon me arriving they walked me around the side of the Sheriff department and told me to put my hands behind my back cause I have 2 charges. I told them I cant due to my conditions and Surgery. My hands was already on the desk in the booking area. Officer S. Everly told them i was okay but they still was forcing me to do so and Slammed me down on my Feeding tube and busted my Stitches back open under my left arm cause i had 2 tubes that was inserted for a lung Collapse. Officer E Merced released me at 18:15 hours I went to →

Con.# 13. con. claim 1

Appling Health care/The hospital Shortly after release to get my stitches attained because it was Bleeding. Officer Kenny Wright and the Sheriff Mark Melton NO. 101 came back to the house harrassing me the next day to come back in to be booked again on the Same Charges. Sheriff Melton was saying hes going to let me out on O.R. bond and If I run they was going to come looking for me with guns drawed on me. and much more Racial Slurs i cant even remember.

Con # 13 Claim 2

On December 3, 2020 the night I was Shot up Stairs by Randall Byrd. Deryl Edwards Came up stairs of Donnie Lewis Villas #8 to my rescue. Shortly the cops arrived but no pictures was taken of me laying up Stairs. The Baxley police/City Violated my Rights by picking me up by my Shirt and Pants placing me in a blanket and drug me down Stairs hitting each Step all the way down. The EMS Perimedics didnt put me on the ~~Streeter~~ Stretcher till i was down Stairs at the front door. Appling Health care Violated my Rights because the Ems Perimedic Lashaun Nesmith Shared the room at Appling Health care after the life flight took me to the Memorial Health Hospital in Savannah on facebook. That room at Appling Health care was shared within Dec. 4 - Dec. 15 2020

9

Con. #13 claim 3

On January 16, 2021 I pulled up to Valeros a Store in Baxley Ga. I walked inside and saw Randall Byrd that shot me 2 times. He saw me, I saw him he reach inside his pocket backing out the store and I also walked out the store. He stood outside his car with a big pistol I got inside my car with a friend Chyenne and as we was leaving I saw the gun but he went to the Police and said I aggravated stalked him Officer Kenny Wright which is the Deacon of Racheals church and Randall Byrd is the NC of the church. Favortismly Officer Kenny Wright put a aggravated stalking warrant att on me that day. which on 6/9/21 of my arrest the (Sgt.) on the arrest told me it was a (mis.) and ill have a bond the next day. He told my uncle Randall King that on the scene. Happened at 225 Nails Ferry Road Baxley Ga 31513

Con.# 13 claim 4

On 7/23/21 and 7/24/21 At lunch and dinner at the Appling county Detention Center I recieved packs of Nekot cookies that was 2 weeks out of date as of July 10, 2021 These was Lance Nekot peanut Butter, the first day on 7/23/21 i ate 2 cookies before i realized they where out of date. On 7/24/21 at lunch I kept the 2 pack's out of 5 different ones that was out of date which was the Lance Nekot Peanut Butter. They violated my right feeding me out of date food! I also have a pack of lance Malt Peanut Butter as of 7/24/21 i got is expired on June 12, 2021 as of 7/25/2021 they bought this additional attached grievance Back. Just to show yall how they try to Bribe me into reversing the grievance an I also still have the pack's of crackers, thats a month and 2 weeks and the ones thats 2 weeks out of date

# APPLING COUNTY DETENTION CENTER
# INMATE GRIEVANCE FORM

Inmate's Full Name: Brandon King

Dorm: WD4 Date of Incident: 7/23 - 7-24-21

Complaint:

The kitchen is serving out of Date food on different days

Other Person(s) Involved in Incident:

Witness(es):

Description of Incident:

On 7-23-21 and 7-24-2021 I recieved Packs of cookies that was a month and 2 weeks out of date and a feew packs was 2 weeks out of date.
June 12 2021 and July 10, 2021

[signature]
Inmate's Signature

7/24/21
Date

Officer's Signature

Date

Con #13 Claim 5

On 7/26/21 I gave Officer Jeff Hamilton my Paperwork at shift change around 6:30 Am to give to Captain Adam Bell to Make copies. Officer Hamilton told me around 1:30 pm after I hit the button that Captain bell was going to keep my paperwork till the next day. I refused told them "No" thats federal mail! Reason because Secretary Gail Dixon came in an left but still didnt get my paperwork. till 2:46 pm. Money was already taken off my books but No copies was returned with my paperwork Officer E. Merced was called back and She coulont explain why my money was withdrawn without copies. At 3:17. They bought to recipts one from 2:00 pm showing my money was withdrawn and one from 3:17 with my money replenished by Sasha Jones. Officer Jeff Hamilton came and got me to talk with Captain Bell and Captain Bell told me Secretary Gail Dixon wont be back till Next week to do the paper work for the account certification cause she is the only one could do it.

7/28/21 - See my Rights are being Violated because Secretary Gail Dixon has been here all week and ACDC will not get my paper work for the Account certification to her!

7/29/21
(ATTENTION) 7/30/21

Claim #6

as of today I got in an altercation with a inmate i was placed on Seg and all my belonging was took when Officer Zale went through mey belonging he was taking all my legal work and I told him as I stepped out the room to get my stuff he Shoved me and started choking me all at once. I dont know why he would do such things to me that way. He calls for back up and I sits down like im not going inside until you give me my food and legal work. He took all my cloths and food but he gave me my legal/law work so im Sending Yall this notice and this Account certification form with out it filled out because the appling County Dentention center wont fill it out An Im thinking they are Stero typing me because These papers Im filing this Law package so im asking to be moved to a new Juridiction Please I dont feel Safe here. Cant get copies done here or nothing so please help me in a timely manner Thank you

Kind ReGards
God Bless

13

14. **List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.** (USE ADDITIONAL SHEETS, IF NECESSARY)

Corey King-225 Nails Ferry Rd Baxley Ga 31513
Kristy Ivory- 225 Nails Ferry Rd Baxley Ga 31513
Dusty Davis NO.6 - 560 Barnes street Baxley Ga 31513
Sandy Everly - 560 Barnes Street Baxley Ga 31513
Margie King-225 Nails Ferry Road Baxley Ga 31513

15. **BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes!** (USE ADDITIONAL SHEETS, IF NECESSARY)

A pardon, Paid for pain and Suffering, My vehicle back And Justice

16. **You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.**

17. **KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.**

**Signed this** 23 **day of** July, **20** 21.

[signature]
**PLAINTIFF**

14

(Con. #14 on Questionaire)

My Brother Corey King and his wife Kristy Ivory during that time was the one's picked me up from Memorial Health. They brought me up to the station on several occasions trying to get my truck before they booked me from the night of December 3, 2020 which was 12 days later December 15, 2020. They watched me talk with several Ivestigators/officers before they booked me in leaving and coming back on several occasions. When the investigators walk me around the building they made racial remarks toward my family about getting back in the car im under arrest. While walking to booking im asking why im just now hearing about these charges 12 days later. My search begins by Officer J Hamilton Nothing found on person. Boyer No. 205 and officer Mccollough is trying to get my hands behind my back I state I can't due to my conditions. Officer Dusty Davis No. 6 saw this and removed hisself from the situation officer. S. Everly stated hes okay and They Wrestled me down/ Slammed me. I was Bleeding from the stitches on my left area from a lung collapse. My mother Margie King was availble when Officer Kenny Wright and Mark Milton Sherriff NO 161 came by and said those remarks at 225 Nails Ferry Road Baxley Ga 31513