U.S. courts/Middle District of Georgia.

I, Brandon King didnt Know the division to Put so i marked out the division and put the Albany district up top because you all answered in a Timely respectfully matter. Sorry If I did any incorrections. If any corrections forfeit my Federal Law package. I request/Recommend a new package Thank you.

Kind Regards
God Bless,
[signature]

I need to be moved to a different Juridiction I was Choked by an officer Today on 7/29/21 They Took all my food I bought on commissary and cloths Sending this package without account Certification and no copies cause I cant get help Here at all Just lies and run around. (I'm on Seg.)