Brandon O'neal King / ACDC
560 Barnes Street
Baxley, Ga; 31513




JACKSONVILLE FL PRDC 322
FRI 30 JUL 2021 PM

U.S. Courts / Middle District of Georgia
Office of the Clerk
201 West Broad Avenue
Albany, Ga; 31701

FEDERAL MAIL 7/29/21