# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

BRANDON O'NEAL KING,                    *
                                        *
        Plaintiff,                  *        CIVIL ACTION NO.: 2:21-cv-106
                                        *
    v.                                  *
                                        *
APPLING COUNTY SHERIFF'S OFFICE,        *
et al.,                                 *
                                        *
        Defendants.                 *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the portion of the Magistrate Judge's Report and Recommendation relating to Plaintiff's Motion for Preliminary Injunction.[1] Dkt. No. 25. Plaintiff did not file Objections to this portion of the Report and Recommendation. See Dkt. No. 31. Thus, the Court **ADOPTS** the portion of the Magistrate Judge's Report and Recommendation relating to Plaintiff's Motion for a Preliminary Injunction as

---

[1] Plaintiff filed a motion for leave to file an Amended Complaint after the Magistrate Judge issued his Report and Recommendation. Dkt. No. 32. The Magistrate Judge granted Plaintiff's Motion, and Plaintiff filed his Amended Complaint. Dkt. Nos. 51, 59. Plaintiff's Amended Complaint is before the Magistrate Judge for the requisite frivolity review.

the opinion of the Court and **DENIES** Plaintiff's Motion for

Preliminary Injunction.  Dkt. No. 23.

      **SO ORDERED**, this _____ day of _____ , 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)