# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

BRANDON O'NEAL KING,

     Plaintiff,

v.

STUART BOYER, et al.,

     Defendants.

CV 2:21-106

## ORDER

Upon the showing by Defendant Zeal Sharpe that good cause exists for setting aside the entry of default, and Plaintiff having filed no objection to Defendant Sharpe's motion to set aside default, the Court **ORDERS** that the entry of default against Defendant Sharpe be set aside pursuant to Federal Rule of Civil Procedure 55(c).

**SO ORDERED**, this 21 day of March, 2023.

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA