# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| BRANDON O'NEAL KING, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-106 |
| | * | |
| v. | * | |
| | * | |
| STUART BOYER, ROBERT | * | |
| MCCULLOUGH, and ZEAL SHARPE, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Reports and Recommendations. Dkt. Nos. 96, 99. Plaintiff did not file Objections to either of these Reports and Recommendations.

Thus, the Court **ADOPTS** the Magistrate Judge's Reports and Recommendations as the opinions of the Court. The Court **GRANTS** Defendant Sharpe's Motion to Dismiss and **DISMISSES without prejudice** Plaintiff's claims against Defendant Sharpe for failure to exhaust available administrative remedies. The Court also **GRANTS** Defendants Boyer and McCullogh's Motions for Summary Judgment and **DISMISSES** Plaintiff's claims against Defendants Boyer and McCullough. The Court **DIRECTS** the Clerk of Court to

AO 72A
(Rev. 8/82)

**CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_11\_\_ day of \_\_September\_\_, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA