AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRANDON O'NEAL KING,

    Plaintiff,

v.

STUART BOYER, ROBERT MCCULLOUGH, and ZEAL SHARPE,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:21-cv-106

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 11, 2023, the Magistrate Judge's Reports and Recommendations are adopted as the opinions of the Court. Therefore, Defendant Sharpe's motion to dismiss and Defendants Boyer and McCullough's motions for summary judgment are granted. Further, Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: September 12, 2023

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020